IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

BROOKE RILEY,
    Plaintiff,

v.

KIRSAN ENGINEERING, INC.
    Defendant.

Case No. 17-CV-1361

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff Brooke Riley ("Riley"), individually and on behalf of the potential Opt-In Plaintiffs and the putative Class Members, by and through her attorneys, Hawks Quindel, S.C., by Larry Johnson, Summer Murshid, and Timothy P. Maynard, and Defendant Kirsan Engineering, Inc. ("Kirsan"), by and through its attorneys Alan Seneczko and Peter Hansen of Wessels Sherman Joerg Liszka Laverty Seneczko P.C., submit this Joint Motion for Preliminary Approval of Class and Collective Action Settlement. Riley and Kirsan ("the Parties"), through negotiation, reached a settlement in this case on January 23, 2018 on a class-wide basis. In connection with this settlement, the Parties respectfully move the Court for the following:

1.    An Order preliminarily approving the Settlement Agreement attached as Exhibit 1 (ECF No. 19-1) to this Motion as fair, reasonable, and adequate.

2. An Order granting the Parties' Joint Stipulation to Certify a Collective Action Pursuant to 29 U.S.C. § 216(b) and to Certify a Class Action Pursuant to Fed.R.Civ.P. 23 (ECF No. 19-4);

3. An Order appointing Brooke Riley as Class Representative.

4. An Order appointing Hawks Quindel, S.C. as Class Counsel pursuant to Fed.R.Civ.P. 23(g).

5. An Order approving the Notice of Class Action Settlement and the Consent in the form of Exhibits B to the Settlement Agreement (ECF Nos. 19-3 and 19-4) for distribution to all putative members of the Rule 23 Class and Collective Class and approving that the provision of the Notice of Class Action Settlement by mail constitutes valid, due, and sufficient notice to Rule 23 Class and Collective Class Members.

6. An Order that Class Counsel must mail the Notice of Class Action Settlement to the Class Members within seven (7) days of the Court's Order Preliminarily Approving the Settlement Agreement.

7. An Order that putative members of the Collective Class may file a Consent Form within thirty (30) days of the Notice's mailing.

8. An Order that individuals who wish to exclude themselves must opt-out per the instructions set forth in the Notice within thirty (30) days of the mailing of the Notice;

9. An Order that any individual who does not exclude themselves shall be bound by the Court's Order Finally Approving the Settlement;

10. An Order that any Rule 23 Class Member who wishes to object in any way to the proposed Settlement Agreement must file and serve such written objections per the instructions set forth in the Notice no later than thirty (30) days after the mailing of the Notice, together with copies of all papers in support of his or her position; and

11. An Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs at least twenty-one (21) days prior to the Fairness Hearing, and a direction that any supplemental brief in support of final approval of the Settlement Agreement or in response to any objections to the application for attorneys' fees be filed at least seven (7) days before the Fairness Hearing, and that the Court shall determine at the Fairness Hearing in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated this 23rd day of February, 2018.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| s/ *Alan E. Seneczko* | s/ *Summer H. Murshid* |
| Alan E. Seneczko, SBN 1003523 | Larry A. Johnson, SBN 1056619 |
| alseneczko@wesselssherman.com | ljohnson@hq-law.com |
| Peter E. Hansen, SBN 1083271 | Summer H. Murshid, SBN 1075404 |
| pehansen@wesselssherman.com | smurshid@hq-law.com |
| | Timothy P. Maynard, SBN 1080953 |
| | tmaynard@hq-law.com |
| | |
| Wessels Sherman Joerg Liszka | Hawks Quindel, S.C. |
| Laverty Seneczko P.C. | 222 E Erie Street |
| 1860 Executive Drive | Suite 210 |
| Suite E-1 | P.O. Box 442 |
| Oconomowoc, WI 53066 | Milwaukee, WI 53202 |

(262) 560-9696 (office)  (414) 271-8650 (office)
(262) 560-9677 (facsimile)  (414) 271-8442 (facsimile)

**Attorneys for Defendant**  **Attorneys for Plaintiffs**