| EE # | Last Name | First Name | Pro Rata % | FLSA (W2 PAYMENT) | FLSA (1099 PAYMENT) | WI LAW (W2 PAYMENT) | WI LAW (1099 PAYMENT) | SERVICE PAYMENT (1099 PAYMENT) | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 41 | Hoyt | Brittany | 0.08% | $16.86 | $16.86 | $22.49 | $11.24 | | $67.45 |
| 49 | Mulcahy | Sean | 0.14% | $25.18 | $25.18 | $33.57 | $16.78 | | $100.71 |
| 57 | Kirykowicz | Robert | 3.99% | $600.45 | $600.45 | $800.60 | $400.30 | | $2,401.80 |
| 59 | Merino | Julia | 3.80% | $572.10 | $572.10 | $762.80 | $381.39 | | $2,288.39 |
| 63 | Merino | Hector | 6.57% | $984.21 | $984.21 | $1,312.28 | $656.14 | | $3,936.83 |
| 68 | Grzyb | John | 2.28% | $345.32 | $345.32 | $460.43 | $230.21 | | $1,381.27 |
| 80 | Kirykowicz | Roman | 4.79% | $719.27 | $719.27 | $959.03 | $479.51 | | $2,877.08 |
| 85 | Wilson | John | 0.03% | $8.81 | $8.81 | $11.74 | $5.87 | | $35.22 |
| 87 | Birkholz | Dan | 0.09% | $17.90 | $17.90 | $23.87 | $11.93 | | $71.60 |
| 102 | Costello | Robert | 0.50% | $79.11 | $79.11 | $105.48 | $52.73 | | $316.43 |
| 107 | Schem | Scott | 1.30% | $199.14 | $199.14 | $265.52 | $132.75 | | $796.55 |
| 111 | High | Jason | 2.56% | $386.99 | $386.99 | $516.00 | $257.99 | | $1,547.98 |
| 165 | Merino | Hector | 1.02% | $157.79 | $157.79 | $210.39 | $105.19 | | $631.17 |
| 171 | Jacobs | John | 0.43% | $68.73 | $68.73 | $91.64 | $45.82 | | $274.92 |
| 173 | Treiber | Jayne | 2.28% | $344.56 | $344.56 | $459.41 | $229.70 | | $1,378.23 |
| 184 | Trimmer | Wayne | 4.76% | $714.70 | $714.70 | $952.94 | $476.47 | | $2,858.82 |
| 188 | Lori | Joseph | 1.55% | $235.56 | $235.56 | $314.08 | $157.04 | | $942.23 |
| 206 | Carlton | Patrick | 0.12% | $22.32 | $22.32 | $29.76 | $14.88 | | $89.28 |
| 222 | Jacobs | Barbara | 0.06% | $13.30 | $13.30 | $17.74 | $8.87 | | $53.22 |
| 228 | Moe | William | 1.39% | $212.15 | $212.15 | $282.87 | $141.43 | | $848.61 |
| 231 | Islas | Christopher | 0.04% | $11.49 | $11.49 | $15.33 | $7.66 | | $45.98 |
| 235 | Merino | Elena | 0.38% | $61.67 | $61.67 | $82.24 | $41.11 | | $246.70 |
| 239 | Mauser | Frank | 0.79% | $123.06 | $123.06 | $164.09 | $82.04 | | $492.25 |
| 244 | Allen | Lonny | 0.69% | $107.32 | $107.32 | $143.09 | $71.54 | | $429.26 |
| 247 | Mutsch | David | 0.98% | $150.79 | $150.79 | $201.06 | $100.53 | | $603.17 |
| 249 | Nichols | Larry | 1.88% | $284.87 | $284.87 | $379.83 | $189.91 | | $1,139.48 |
| 259 | Pias | Christopher | 0.52% | $82.08 | $82.08 | $109.44 | $54.72 | | $328.31 |

| EE # | Last Name | First Name | Pro Rata % | FLSA (W2 PAYMENT) | FLSA (1099 PAYMENT) | WI LAW (W2 PAYMENT) | WI LAW (1099 PAYMENT) | SERVICE PAYMENT (1099 PAYMENT) | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 264 | Holmes | Dillon | 0.22% | $37.92 | $37.92 | $50.56 | $25.28 | | $151.68 |
| 280 | McLaughlin | Sandy | 1.25% | $191.24 | $191.24 | $255.00 | $127.49 | | $764.98 |
| 291 | Shore | Austin | 0.41% | $66.09 | $66.09 | $88.13 | $44.06 | | $264.37 |
| 292 | Flores | Jesse | 0.07% | $15.38 | $15.38 | $20.51 | $10.25 | | $61.52 |
| 296 | Murar | Jeffrey | 3.93% | $590.42 | $590.42 | $787.24 | $393.61 | | $2,361.70 |
| 297 | Martinez | Pablo | 5.57% | $834.95 | $834.95 | $1,113.26 | $556.63 | | $3,339.78 |
| 300 | Hickey | James | 0.91% | $140.55 | $140.55 | $187.40 | $93.69 | | $562.19 |
| 301 | McLean | Steven | 0.75% | $116.33 | $116.33 | $155.11 | $77.55 | | $465.33 |
| 303 | Galindez | Kevin | 0.81% | $125.64 | $125.64 | $167.53 | $83.76 | | $502.58 |
| 304 | Demarco | Brian | 1.08% | $165.33 | $165.33 | $220.44 | $110.22 | | $661.32 |
| 305 | Barter | Daniel | 1.88% | $284.71 | $284.71 | $379.61 | $189.80 | | $1,138.83 |
| 308 | Gutierrez | Iliana | 1.22% | $187.33 | $187.33 | $249.78 | $124.88 | | $749.32 |
| 312 | Smith | Pierre | 0.15% | $27.84 | $27.84 | $37.12 | $18.55 | | $111.34 |
| 313 | Wilson | John | 0.75% | $116.38 | $116.38 | $155.17 | $77.58 | | $465.50 |
| 314 | Grove | Sean | 0.62% | $98.17 | $98.17 | $130.89 | $65.44 | | $392.67 |
| 316 | Castro | Juan | 0.02% | $7.31 | $7.31 | $9.75 | $4.87 | | $29.25 |
| 317 | Ingram | Tony | 0.21% | $36.90 | $36.90 | $49.20 | $24.59 | | $147.58 |
| 318 | Chon | Yamani | 0.07% | $16.12 | $16.12 | $21.50 | $10.74 | | $64.49 |
| 319 | Skoropinski | Jennifer | 1.71% | $260.34 | $260.34 | $347.13 | $173.56 | | $1,041.38 |
| 321 | Gross | Joshua | 0.07% | $15.59 | $15.59 | $20.79 | $10.39 | | $62.35 |
| 322 | Kuehne | Easton | 0.52% | $82.23 | $82.23 | $109.64 | $54.81 | | $328.91 |
| 323 | Tabili | Ian | 0.60% | $93.97 | $93.97 | $125.30 | $62.64 | | $375.88 |
| 324 | Goodfriend | Richard | 2.67% | $403.25 | $403.25 | $537.66 | $268.83 | | $1,612.98 |
| 326 | Jones | Korrin | 0.55% | $87.67 | $87.67 | $116.89 | $58.44 | | $350.67 |
| 327 | Dawson | Andrew | 0.20% | $34.97 | $34.97 | $46.63 | $23.31 | | $139.87 |
| 328 | Ricchio | Samuel | 0.33% | $54.38 | $54.38 | $72.51 | $36.25 | | $217.51 |

| EE # | Last Name | First Name | Pro Rata % | FLSA (W2 PAYMENT) | FLSA (1099 PAYMENT) | WI LAW (W2 PAYMENT) | WI LAW (1099 PAYMENT) | SERVICE PAYMENT (1099 PAYMENT) | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 329 | Wade | Bryan | 0.29% | $48.18 | $48.18 | $64.24 | $32.12 | | $192.72 |
| 330 | Miller | Glenn | 1.34% | $204.65 | $204.65 | $272.87 | $136.43 | | $818.60 |
| 332 | Tillinghast | Rodger | 0.54% | $86.14 | $86.14 | $114.86 | $57.42 | | $344.56 |
| 333 | Lloyd | Donald | 2.17% | $328.88 | $328.88 | $438.51 | $219.25 | | $1,315.53 |
| 334 | Mulcahy | Sean | 0.77% | $120.40 | $120.40 | $160.54 | $80.27 | | $481.61 |
| 345 | Klocke | Kimber | 0.41% | $66.69 | $66.69 | $88.92 | $44.45 | | $266.74 |
| 336 | Woodard | Christian | 4.76% | $714.20 | $714.20 | $952.27 | $476.13 | | $2,856.79 |
| 337 | Hoyt | Brittany | 0.13% | $23.98 | $23.98 | $31.98 | $15.98 | | $95.92 |
| 338 | Gaughan | Maurel | 0.81% | $125.26 | $125.26 | $167.01 | $83.50 | | $501.03 |
| 339 | Hentz | Darnell | 0.25% | $42.19 | $42.19 | $56.26 | $28.12 | | $168.76 |
| 341 | Williams | Aaron | 0.07% | $15.02 | $15.02 | $20.04 | $10.01 | | $60.10 |
| 342 | Detherow | Jeremiah | 0.13% | $23.68 | $23.68 | $31.58 | $15.79 | | $94.74 |
| 343 | Mauser | Frank | 0.91% | $141.07 | $141.07 | $188.09 | $94.04 | | $564.26 |
| 344 | Detherow | Jeremiah | 0.19% | $33.23 | $33.23 | $44.31 | $22.15 | | $132.93 |
| 345 | Klocke | Kimber | 1.53% | $232.65 | $232.65 | $310.20 | $155.09 | | $930.58 |
| 346 | Shore | Austin | 1.41% | $215.56 | $215.56 | $287.42 | $143.71 | | $862.25 |
| 347 | Merino | Elena | 0.27% | $45.45 | $45.45 | $60.61 | $30.30 | | $181.81 |
| 348 | O'Day | Mike | 0.12% | $23.03 | $23.03 | $30.71 | $15.35 | | $92.13 |
| 349 | Goodfriend | Ryan | 0.00% | $5.00 | $5.00 | $6.67 | $3.33 | | $20.00 |
| 350 | Bautista | Oscar | 0.06% | $13.36 | $13.36 | $17.82 | $8.91 | | $53.45 |
| 351 | Smerchek | Daniel | 0.01% | $5.77 | $5.77 | $7.70 | $3.84 | | $23.08 |
| 353 | Wuori | Chad | 0.72% | $112.95 | $112.95 | $150.60 | $75.30 | | $451.80 |
| 354 | Schlappi | Karl | 0.37% | $60.25 | $60.25 | $80.34 | $40.16 | | $241.00 |
| 356 | White | Nick | 0.42% | $67.28 | $67.28 | $89.71 | $44.85 | | $269.12 |
| 357 | Rohde | Jeff | 0.06% | $13.60 | $13.60 | $18.14 | $9.06 | | $54.40 |
| 358 | White | Lyonl | 0.19% | $32.65 | $32.65 | $43.54 | $21.77 | | $130.62 |
| 359 | Smith | Tony | 0.09% | $18.70 | $18.70 | $24.94 | $12.46 | | $74.81 |

| EE # | Last Name | First Name | Pro Rata % | FLSA (W2 PAYMENT) | FLSA (1099 PAYMENT) | WI LAW (W2 PAYMENT) | WI LAW (1099 PAYMENT) | SERVICE PAYMENT (1099 PAYMENT) | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 360 | Thaggard | Antoine | 0.70% | $110.09 | $110.09 | $146.79 | $73.39 | | $440.36 |
| 361 | Lamar | Courtney | 1.00% | $154.65 | $154.65 | $206.20 | $103.10 | | $618.59 |
| 362 | Clark | Christopher | 0.05% | $13.01 | $13.01 | $17.35 | $8.67 | | $52.03 |
| 363 | Long | Cedrick | 1.45% | $220.93 | $220.93 | $294.58 | $147.28 | | $883.72 |
| 364 | Sweet | Jacob | 0.03% | $9.67 | $9.67 | $12.90 | $6.44 | | $38.68 |
| 365 | Maurer | Michael | 0.49% | $78.07 | $78.07 | $104.10 | $52.05 | | $312.30 |
| 366 | Johnson | Darrio | 0.04% | $10.91 | $10.91 | $14.55 | $7.27 | | $43.63 |
| 367 | Allison | Jerry | 2.91% | $438.69 | $438.69 | $584.93 | $292.46 | | $1,754.77 |
| 368 | Brendemihl | Matt | 0.26% | $43.42 | $43.42 | $57.90 | $28.94 | | $173.68 |
| 369 | Ortis | Mike | 1.81% | $275.47 | $275.47 | $367.30 | $183.64 | | $1,101.88 |
| 370 | Simpson | Jonta | 0.29% | $48.18 | $48.18 | $64.24 | $32.12 | | $192.72 |
| 371 | Hickey | James | 0.66% | $102.87 | $102.87 | $137.16 | $68.57 | | $411.47 |
| 372 | Howard | Evan | 0.65% | $101.92 | $101.92 | $135.89 | $67.94 | | $407.67 |
| 373 | Bryant | Kevin | 0.25% | $42.96 | $42.96 | $57.28 | $28.64 | | $171.84 |
| 374 | Cain | Sullivan | 0.00% | $5.00 | $5.00 | $6.67 | $3.33 | | $20.00 |
| 375 | Ray | Richard | 0.17% | $29.67 | $29.67 | $39.57 | $19.78 | | $118.70 |
| 376 | Swanson | David | 0.34% | $55.65 | $55.65 | $74.21 | $37.10 | | $222.62 |
| 377 | Long | Aaron | 0.02% | $8.32 | $8.32 | $11.10 | $5.54 | | $33.29 |
| 378 | Martinez | Justin | 0.07% | $15.44 | $15.44 | $20.59 | $10.29 | | $61.76 |
| 380 | Tobias | David | 0.18% | $31.22 | $31.22 | $41.63 | $20.81 | | $124.87 |
| 381 | Andersen | Nicholas | 0.03% | $9.15 | $9.15 | $12.21 | $6.10 | | $36.61 |
| 382 | Vargas | Andy | 0.10% | $19.62 | $19.62 | $26.16 | $13.08 | | $78.48 |
| 383 | Kozlik | Nicole | 0.06% | $14.45 | $14.45 | $19.26 | $9.63 | | $57.78 |
| 384 | Boyd | Antonio | 0.00% | $5.00 | $5.00 | $6.67 | $3.33 | | $20.00 |
| 385 | Reidenbach | Bruce | 0.00% | $5.00 | $5.00 | $6.67 | $3.33 | | $20.00 |
| 386 | Merion | Juan | 0.00% | $5.00 | $5.00 | $6.67 | $3.33 | | $20.00 |
| 332 | Tillinghast | Rodger | 0.10% | $19.24 | $19.24 | $25.65 | $12.82 | | $76.94 |

| EE # | Last Name | First Name | Pro Rata % | FLSA (W2 PAYMENT) | FLSA (1099 PAYMENT) | WI LAW (W2 PAYMENT) | WI LAW (1099 PAYMENT) | SERVICE PAYMENT (1099 PAYMENT) | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 63 | Merino | Hector | 0.00% | $5.68 | $5.68 | $7.58 | $3.78 | | $22.73 |
| 340 | Hollen | Jakob | 0.24% | $41.30 | $41.30 | $55.07 | $27.53 | | $165.20 |
| 355 | Riley | Brooke | 0.50% | $79.85 | $79.85 | $106.47 | $53.23 | $2,500.00 | $319.41 |
| | | | 100.00% | $15,457.00 | $15,457.00 | $20,609.70 | $10,304.30 | $2,500.00 | $61,828.00 |
| | | | | FLSA FUND | $30,914.00 | WI LAW FUND | $30,914.00 | SERVICE PAYMENT | $2,500.00 |
| | | | | | | | | ATTORNEYS' FEES/COSTS | $32,164.00 |
| | | | | | | | | TOTAL SETTLEMENT | $96,492.00 |

| | |
|---|---|
| TOTAL SETTLEMENT | $96,492.00 |
| ATTORNEYS'S FEES/COSTS | $32,164.00 |
| BR SERVICE PAYMENT | $2,500.00 |
| FLSA FUND | $30,914.00 |
| WI LAW FUND | $30,914.00 |
| SUM OF FEES/COSTS, SERVICE PAYMENT, FLSA AND WI FUNDS | $96,492.00 |

Current Opt-ins