IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

BROOKE RILEY,
    Plaintiff,

v.

KIRSAN ENGINEERING, INC.
    Defendant.

Case No. 17-CV-1361

ORDER

WHEREAS, the Court has previously preliminarily approved the Parties' settlement agreement (ECF No. 19-1), has reviewed Plaintiffs' Counsel's Motion for Attorneys' Fees (ECF No. 38) and its supporting documents, and has held a fairness hearing regarding the same on May 2, 2018, **IT IS HEREBY ORDERED**:

    1.    The Wisconsin law Settlement Class ("Rule 23 Class) consisting of all individuals on the Parties' settlement allocation (ECF No. 19-2) that have not timely excluded themselves from the settlement is **CERTIFIED** pursuant to Fed. R. Civ. P. 23;

    2.    The FLSA Collective Class ("Collective Class") consisting of all individuals that have filed a consent to join their FLSA claims in this matter is **CERTIFIED** pursuant to 29 U.S.C. §216(b);

3. The Settlement Agreement (ECF No. 19-1) is **APPROVED** as fair, reasonable, and adequate as it applies to the Collective Class and the Rule 23 Class;

4. Named Plaintiff Riley is **APPOINTED** as Class Representative for the Settlement Classes;

5. Hawks Quindel, S.C. is **APPOINTED** as Class Counsel for the Settlement Classes;

6. The Settlement Agreement is **DECLARED** to be binding on Kirsan, Riley, the Collective Class, as well as all of the Rule 23 Class members who have not been excluded;

7. The Rule 23 Class members' released Wisconsin claims are **DISMISSED WITH PREJUDICE**;

8. The Wisconsin law claims of the Rule 23 Class Members who have properly and timely excluded themselves in full accordance with the procedures set forth in this Settlement Agreement are **DISMISSED WITHOUT PREJUDICE**;

9. The Collective Class Members' released FLSA claims are **DISMISSED WITH PREJUDICE**; and

10. Class Counsel's request for an award of attorneys' fees and costs in the amount of 1/3 of the settlement fund for a total of $32,164.00 is **APPROVED** as reasonable and consistent with the market rate in similar cases.

Dated this _____ day of _____, 2018 at Milwaukee, Wisconsin.

BY THE COURT:

_____
William E. Duffin
United States District Court Judge