# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**BROOKE RILEY,**
      **Plaintiff,**

      v.

      **Case No. 17-CV-1361**

**KIRSAN ENGINEERING, INC.,**
      **Defendant.**

## ORDER

The court having previously preliminarily approved the Parties' settlement agreement (ECF No. 19-1), reviewed Plaintiffs' Counsel's Motion for Attorneys' Fees (ECF No. 38) and its supporting documents, and held a fairness hearing regarding the same on May 2, 2018, **IT IS HEREBY ORDERED**:

1. The Wisconsin law Settlement Class ("Rule 23 Class), consisting of all individuals on the Parties' settlement allocation (ECF No. 19-2) that have not timely excluded themselves from the settlement, is **CERTIFIED** pursuant to FED. R. CIV. P. 23;

2. The FLSA Collective Class ("Collective Class"), consisting of all individuals that have filed a consent to join their FLSA claims in this matter, is **CERTIFIED** pursuant to 29 U.S.C. §216(b);

3. The Settlement Agreement (ECF No. 19-1) is **APPROVED** as fair, reasonable, and adequate as it applies to the Collective Class and the Rule 23 Class;

4. Named Plaintiff Riley is **APPOINTED** as Class Representative for the Settlement Classes;

5. Hawks Quindel, S.C. is **APPOINTED** as Class Counsel for the Settlement Classes;

6. The Settlement Agreement is **DECLARED** to be binding on Kirsan, Riley, the Collective Class, as well as all of the Rule 23 Class members who have not been excluded;

7. The Rule 23 Class members' released Wisconsin claims are **DISMISSED WITH PREJUDICE**;

8. The Wisconsin law claims of the Rule 23 Class Members who have properly and timely excluded themselves in full accordance with the procedures set forth in this Settlement Agreement are **DISMISSED WITHOUT PREJUDICE**;

9. The Collective Class Members' released FLSA claims are **DISMISSED WITH PREJUDICE**; and

10. Class Counsel's request for an award of attorneys' fees and costs in the amount of 1/3 of the settlement fund for a total of $32,164.00 is **APPROVED** as reasonable and consistent with the market rate in similar cases.

11. The Clerk shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 2nd day of May, 2018.

WILLIAM E. DUFFIN
U.S. Magistrate Judge